Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30480−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Ong
aka William H Ong
38 Graham Street, 2nd Floor
Jersey City, NJ 07307

Beverly Ong
aka Maria Beverly Ong, aka Beverly T
Ong, aka Beverly Tan Ong
38 Graham Street, 2nd Floor
Jersey City, NJ 07307

Social Security No.:
  xxx−xx−7769                                    xxx−xx−6622

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/19 at 10:00 AM

to consider and act upon the following:

**77** − Certification in Opposition to (related document:75 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/15/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Beverly Ong, William Ong. (Beslow, David)

Dated: 4/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court