Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–30480–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Ong | Beverly Ong |
| aka William H Ong | aka Maria Beverly Ong, aka Beverly T |
| 38 Graham Street, 2nd Floor | Ong, aka Beverly Tan Ong |
| Jersey City, NJ 07307 | 38 Graham Street, 2nd Floor |
| | Jersey City, NJ 07307 |

Social Security No.:
   xxx–xx–7769                         xxx–xx–6622

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/18/19 at 10:00 AM

to consider and act upon the following:

*87* – Certification in Opposition to (related document:85 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 8/19/2019. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) filed by Trustee Marie–Ann Greenberg) filed by Mark Goldman on behalf of Beverly Ong, William Ong. (Goldman, Mark)

Dated: 8/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court