| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Clifford B. Frish, Esq. #CF-2541 |

Order Filed on September 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>**WILLIAM and BEVERLY ONG** | Case No. 17-30480<br><br>Chapter: 13<br><br>Judge:  Hon. Rosemary Gambardella |

### ORDER APPROVING MORTGAGE LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 9, 2019**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor(s):  William and Beverly Ong
Case No.:   17-30480/RG - Chapter 13
Caption:    Order Approving Mortgage Loan Modification

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED:**

1. The debtors are hereby authorized to enter into a loan modification agreement on their first mortgage held and/or serviced by Specialized Loan Servicing LLC under the terms and conditions of the form of modification agreement submitted to this Court in support of the within motion for approval.

2. Any material or substantial changes to the loan modification as proposed prior to execution of same shall require further Order of this Court.

3. Any proof of claim for mortgage arrears filed by or on behalf of Specialized Loan Servicing LLC shall be marked as "paid in full" by the Chapter 13 Trustee and the Trustee shall adjust the records of creditors and debts to be paid accordingly.

4. No more than thirty (30) days after entry of this Order, the debtor shall file (i) an amended Schedule J reflecting the modified mortgage loan payment and any other relevant changes in expenses and (ii) a modified Chapter 13 Plan. At debtors' discretion, the debtors may also file an amended Schedule I to reflect any relevant changes in income.