**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Clifford B. Frish, Esq. #CF-2541

Order Filed on September 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**WILLIAM and BEVERLY ONG**

Case No. 17-30480

Chapter: 13

Judge:  Hon. Rosemary Gambardella

### ORDER APPROVING MORTGAGE LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 9, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor(s):  William and Beverly Ong
Case No.:   17-30480/RG - Chapter 13
Caption:    Order Approving Mortgage Loan Modification

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED**:

1. The debtors are hereby authorized to enter into a loan modification agreement on their first mortgage held and/or serviced by Specialized Loan Servicing LLC under the terms and conditions of the form of modification agreement submitted to this Court in support of the within motion for approval.

2. Any material or substantial changes to the loan modification as proposed prior to execution of same shall require further Order of this Court.

3. Any proof of claim for mortgage arrears filed by or on behalf of Specialized Loan Servicing LLC shall be marked as "paid in full" by the Chapter 13 Trustee and the Trustee shall adjust the records of creditors and debts to be paid accordingly.

4. No more than thirty (30) days after entry of this Order, the debtor shall file (i) an amended Schedule J reflecting the modified mortgage loan payment and any other relevant changes in expenses and (ii) a modified Chapter 13 Plan. At debtors' discretion, the debtors may also file an amended Schedule I to reflect any relevant changes in income.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-30480-RG
William Ong                                                          Chapter 13
Beverly Ong
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 11, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db/jdb         +William Ong,   Beverly Ong,   38 Graham Street, 2nd Floor,   Jersey City, NJ 07307-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Clifford B. Frish    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-11,
               Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-11, U.S. Bank National
               Association, as Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH
               CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11