Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30480−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Ong
aka William H Ong
38 Graham Street, 2nd Floor
Jersey City, NJ 07307

Beverly Ong
aka Maria Beverly Ong, aka Beverly T Ong, aka Beverly Tan Ong
38 Graham Street, 2nd Floor
Jersey City, NJ 07307

Social Security No.:
xxx−xx−7769

xxx−xx−6622

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    11/20/19
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$6,000.53

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the amount of the pro−rata distribution

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 28, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30480-RG
William Ong                                                           Chapter 13
Beverly Ong
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4              Date Rcvd: Oct 28, 2019
                              Form ID: 137             Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db/jdb         +William Ong,    Beverly Ong,    38 Graham Street, 2nd Floor,     Jersey City, NJ 07307-2624
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ,    Phelan Hallinan&Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517112695       ASC,   7495 New Horizon Way,    Frederick, MD 21703-8388
517112696       ASC,   P.O. Box 10388,    Des Moines, IA 50306-0388
517112693      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517112694      +Amex,   9111 Duke Blvd,    Mason, OH 45040-8999
517112691      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517112697      +Asset Receivables Management,    7340 S. Kryene Road,    Tempe, AZ 85283-4573
517112699     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517112698      +Babak Pasdar,    36 Graham Street,    Jersey City, NJ 07307-2624
517322120      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517112711      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517112712      +Cbusasears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517112717      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112713      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517112725      +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517112724      +Citibank / Sears,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517112723      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517112731      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112727      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517333862      +Ditech Financial LLC,    2100 East Elliot Road,    Bldg. 94, Recovery Dept. T-120,
                 Tempe, AZ 85284-1806
517112741       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517112742      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
517112743      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517112744      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517112749     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     National Bankruptcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962)
517112747      +First Bank Puerto Rico,    Po Box 982238,    El Paso, TX 79998-2238
517112745      +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
517112750      +Ford Credit,    Po Box 30253,    Salt Lake City, UT 84130-0253
517199548      +HSBC Bank USA, N.A.,    2929 Walden Avenue C17,    Attn: Business Services,
                 Depew, NY 14043-2690
517112752      +Hsbc Bank,    95 Washington St,    Buffalo, NY 14203-3006
517112751      +Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
517112754      +Phelan Hallinan, Diamond & Jones,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517112755      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517112757      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
517112763      +Radio Shack/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112761      +Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517112766      +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
517112769     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus, Inc.,     Po Box 1047,    450 American St,
                 Hartford, CT 06143)
517213817     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517112767      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
517112768      +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
517206949      +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
517112770      +Seterus, Inc.,    4909 Savarese Circle Fl1-908-0,    Tampa, FL 33634-2413
518132106      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518132107      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517112771      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517112772      +Sterling Jewelers/Zales,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112789      +TD Retail Card Services,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517112788      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517112787      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
517112786      +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
```

```
District/off: 0312-2                  User: admin                    Page 2 of 4                   Date Rcvd: Oct 28, 2019
                                      Form ID: 137                   Total Noticed: 93


517112790      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517112791     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517216770      U.S. Bank National Association, as Trustee Et.Al.,     Wells Fargo Bank, N.A.,
                Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517112792      US Bank National Association,    C/O Americas Servicing Co.,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517112793     +US Bank National Association c/o,    Phelan Hallinan, Diamond & Jones,    Suite 100,
                400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517112796     +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517112794     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517112798     +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517112799     +Wells Fargo Bank,    Po Box 10328,    Des Moines, IA 50306-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 00:23:19     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 00:23:18     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517112690     +E-mail/Text: bncmail@w-legal.com Oct 29 2019 00:23:26     Altair OH XIII, LLC,
                c/o Weinstein & Riley, PS,    2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
517112705      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:05     Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517112706     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:48     Capital One,
                Po Box 30253,    Salt Lake City, UT 84130-0253
517112703     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:05     Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517112702     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:48     Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517112709     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:05     Capital One Na,
                Po Box 26625,    Richmond, VA 23261-6625
517112708     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:05     Capital One Na,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517206256      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:32:49     Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
517112710     +E-mail/Text: bncmail@w-legal.com Oct 29 2019 00:23:26     Care Point Health,
                c/o Weinstein & Riley, PS,    2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
517341884     +E-mail/Text: bncmail@w-legal.com Oct 29 2019 00:23:26     CarePoint Health - Physican CHMG,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517112736      E-mail/PDF: DellBKNotifications@resurgent.com Oct 29 2019 00:32:18     Dell Financial Services,
                1 Dell Way,    Round Rock, TX 78682
517112735      E-mail/PDF: DellBKNotifications@resurgent.com Oct 29 2019 00:31:36     Dell Financial Services,
                Attn: Bankruptcy,    Po Box 81577,    Austin, TX 78708
517112738      E-mail/Text: mrdiscen@discover.com Oct 29 2019 00:22:22     Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
517132323      E-mail/Text: mrdiscen@discover.com Oct 29 2019 00:22:22     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517112737     +E-mail/Text: mrdiscen@discover.com Oct 29 2019 00:22:22     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517112740     +E-mail/Text: bankruptcy.bnc@ditech.com Oct 29 2019 00:22:48     Ditech,    345 St Peter St,
                Saint Paul, MN 55102-1211
517112739     +E-mail/Text: bankruptcy.bnc@ditech.com Oct 29 2019 00:22:48     Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517112753      E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 00:22:40     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
517314454      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 00:31:31
                Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517112765     +E-mail/Text: bkdepartment@rtresolutions.com Oct 29 2019 00:23:27     Real Time Resolutions,
                Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517112773     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:24     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517112775      E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:59     Synchrony Bank/ JC Penneys,
                Po Box 965007,    Orlando, FL 32896-5007
517112777     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:58     Synchrony Bank/ Old Navy,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517112778     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:23     Synchrony Bank/ Old Navy,
                Po Box 965005,    Orlando, FL 32896-5005
517112779     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:32:41     Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517112780     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:58     Synchrony Bank/Lowes,
                Po Box 965005,    Orlando, FL 32896-5005
517112782     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:23     Synchrony Bank/PC Richard,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517112783     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:32:07     Synchrony Bank/PC Richard,
                Po Box 965036,    Orlando, FL 32896-5036
517112785     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:24     Synchrony Bank/PC Richards & Sons,
                Po Box 965036,    Orlando, FL 32896-5036
517112784     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:40     Synchrony Bank/PC Richards & Sons,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 32
```

```
District/off: 0312-2          User: admin              Page 3 of 4               Date Rcvd: Oct 28, 2019
                              Form ID: 137             Total Noticed: 93


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ,    Phelan Hallinan &Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517112692*     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517112701*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517112707*     +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
517112704*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517112714*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517112715*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517112716*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517112718*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112719*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112720*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112721*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112722*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517112726*     +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517112732*     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112733*     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112734*     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112728*     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517112729*     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517112730*     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517112746*     +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
517112748*     +First Bank Puerto Rico,    Po Box 982238,    El Paso, TX 79998-2238
517112759*     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517112760*     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517112758*     +Quality Asset Recovery,    7 Foster Avenue - Suite 101,    Gibbsboro, NJ 08026-1191
517112756*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517112764*     +Radio Shack/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
517112762*     +Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517112774*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517112776*     +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517112781*     +Synchrony Bank/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
517216808*      U.S. Bank National Association, as Trustee Et.Al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517112795*     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517112797*     +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517112700     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                             TOTALS: 0, * 34, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                 Page 4 of 4                  Date Rcvd: Oct 28, 2019
                               Form ID: 137                Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

        Clifford B. Frish    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Clifford B. Frish    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        David G. Beslow    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        David G. Beslow    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-11, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-11, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Mark  Goldman    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Mark  Goldman    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH nj.bkecf@fedphe.com

        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 11