| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Ste. 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>Mark Goldman, Esq. # MG8019<br>Attorney for Debtor(s) | Order Filed on December 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM ONG<br>BEVERLY ONG | Case No.: 17-30480<br>Chapter: 13<br>Judge: RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: December 4, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ _____6,000.53_____ for services rendered and expenses in the amount of $_____ for a total of $_____6,000.53_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2