UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on December 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM ONG
BEVERLY ONG

Case No.:        17-30480

Chapter:            13

Judge:              RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: December 4, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ _____6,000.53_____ for services rendered and expenses in the amount of $_____ for a total of $_____6,000.53_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
William Ong
Beverly Ong
    Debtors

Case No. 17-30480-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
db/jdb      +William Ong,    Beverly Ong,    38 Graham Street, 2nd Floor,    Jersey City, NJ 07307-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
    Clifford B. Frish    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
     cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Clifford B. Frish    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
     cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    David G. Beslow    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    David G. Beslow    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-11,
     Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-11, U.S. Bank National
     Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Mark Goldman    on behalf of Debtor William  Ong yrodriguez@goldmanlaw.org,
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Mark Goldman    on behalf of Joint Debtor Beverly  Ong yrodriguez@goldmanlaw.org,
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
     ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH
     nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
     ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH
     CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 11