Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30480−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Ong<br>aka William H Ong<br>38 Graham Street, 2nd Floor<br>Jersey City, NJ 07307 | Beverly Ong<br>aka Maria Beverly Ong, aka Beverly T Ong, aka Beverly Tan Ong<br>38 Graham Street, 2nd Floor<br>Jersey City, NJ 07307 |

Social Security No.:
  xxx−xx−7769                                    xxx−xx−6622

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 11, 2021              Rosemary Gambardella
                                    Judge, United States Bankruptcy Court