| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William Ong<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7769<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Beverly Ong<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6622<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–30480–RG | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Ong
aka William H Ong

Beverly Ong
aka Maria Beverly Ong, aka Beverly T Ong, aka Beverly Tan Ong

3/11/21

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-30480-RG

William Ong     Chapter 13

Beverly Ong

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6
Date Rcvd: Mar 11, 2021     Form ID: 3180W     Total Noticed: 95

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Ong, Beverly Ong, 38 Graham Street, 2nd Floor, Jersey City, NJ 07307-2624 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ, Phelan Hallinan&Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517112694 | + | Amex, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517112697 | + | Asset Receivables Management, 7340 S. Kryene Road, Tempe, AZ 85283-4573 |
| 517112698 | + | Babak Pasdar, 36 Graham Street, Jersey City, NJ 07307-2624 |
| 517322120 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517112794 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517112740 | + | Ditech, 345 St Peter St, Saint Paul, MN 55102-1211 |
| 517112739 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517112741 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517112742 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517112744 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517112743 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517112745 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 517112747 | + | First Bank Puerto Rico, Po Box 982238, El Paso, TX 79998-2238 |
| 517112750 | + | Ford Credit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517199548 | + | HSBC Bank USA, N.A., 2929 Walden Avenue C17, Attn: Business Services, Depew, NY 14043-2690 |
| 518822015 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822016 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517112754 | + | Phelan Hallinan, Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517112757 | + | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 517112755 | + | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 517112766 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517112769 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., Po Box 1047, 450 American St, Hartford, CT 06143 |
| 517213817 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517112767 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |
| 517112768 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517206949 | + | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 517112770 | + | Seterus, Inc., 4909 Savarese Circle Fl1-908-0, Tampa, FL 33634-2413 |
| 518132106 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517112771 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517112772 | + | Sterling Jewelers/Zales, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112789 | #+ | TD Retail Card Services, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 517112788 | #+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 517112790 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517112791 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

Case 17-30480-RG    Doc 116    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 95 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|

| 518641056 | + | | | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517216770 | | | | U.S. Bank National Association, as Trustee Et.Al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 517112793 | + | | | US Bank National Association c/o, Phelan Hallinan, Diamond & Jones, Suite 100, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517112695 | | EDI: WFFC.COM | Mar 12 2021 01:28:00 | ASC, 7495 New Horizon Way, Frederick, MD 21703-8388 |
| 517112696 | | EDI: WFFC.COM | Mar 12 2021 01:28:00 | ASC, P.O. Box 10388, Des Moines, IA 50306-0388 |
| 517112690 | + | Email/Text: bncmail@w-legal.com | Mar 11 2021 20:52:00 | Altair OH XIII, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517112693 | + | EDI: AMEREXPR.COM | Mar 12 2021 01:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517112691 | + | EDI: AMEREXPR.COM | Mar 12 2021 01:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517112699 | | EDI: BANKAMER.COM | Mar 12 2021 01:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517112700 | + | EDI: BANKAMER.COM | Mar 12 2021 01:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517112705 | | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517112702 | + | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517112703 | + | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517112706 | + | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517112708 | + | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517112709 | + | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 517206256 | | EDI: CAPITALONE.COM | Mar 12 2021 01:28:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517112710 | + | Email/Text: bncmail@w-legal.com | Mar 11 2021 20:52:00 | Care Point Health, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517341884 | + | Email/Text: bncmail@w-legal.com | Mar 11 2021 20:52:00 | CarePoint Health - Physcan CHMG, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517112712 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Cbusasears, Po Box 6282, Sioux Falls, SD 57117-6282 |

Case 17-30480-RG    Doc 116    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 95 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517112711 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517112725 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517112724 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank / Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517112723 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517112731 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112727 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517112736 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 11 2021 22:18:04 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 517112735 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 11 2021 22:20:28 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517112738 | | EDI: DISCOVER.COM | Mar 12 2021 01:28:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517112796 | | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517132323 | | EDI: DISCOVER.COM | Mar 12 2021 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517112737 | + | EDI: DISCOVER.COM | Mar 12 2021 01:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517112749 | | EDI: FORD.COM | Mar 12 2021 01:28:00 | Ford Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517112751 | + | EDI: HFC.COM | Mar 12 2021 01:28:00 | Hsbc Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517112752 | + | EDI: HFC.COM | Mar 12 2021 01:28:00 | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 517112753 | | EDI: IRS.COM | Mar 12 2021 01:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517112713 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517112717 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517314454 | | EDI: PRA.COM | Mar 12 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517112763 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Radio Shack/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112761 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Radio Shack/Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517112765 | + | Email/Text: bkdepartment@rtresolutions.com | Mar 11 2021 20:52:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 517112773 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112775 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ JC Penneys, Po Box 965007, |

Case 17-30480-RG   Doc 116   Filed 03/13/21   Entered 03/14/21 00:20:46   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 95 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Orlando, FL 32896-5007 |
| 517112777 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112778 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517112779 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112780 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517112782 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112783 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/PC Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 517112784 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112785 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517112787 | + | EDI: WTRRNBANK.COM | Mar 12 2021 01:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517112786 | + | EDI: WTRRNBANK.COM | Mar 12 2021 01:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517112792 | | EDI: WFFC.COM | Mar 12 2021 01:28:00 | US Bank National Association, C/O Americas Servicing Co., 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517112799 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo Bank, Po Box 10328, Des Moines, IA 50306-0328 |
| 517112798 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ, Phelan Hallinan &Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517112692 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517112701 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517112704 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517112707 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517112726 | *+ | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517112732 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112733 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112734 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112728 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517112729 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517112730 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517112795 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517112797 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517112746 | *+ | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 517112748 | *+ | First Bank Puerto Rico, Po Box 982238, El Paso, TX 79998-2238 |
| 517112714 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 95 |

| | | |
|---|---|---|
| 517112715 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517112716 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517112718 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517112719 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517112720 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517112721 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517112722 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517112756 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 517112759 | *+ | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517112760 | *+ | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517112758 | *+ | Quality Asset Recovery, 7 Foster Avenue - Suite 101, Gibbsboro, NJ 08026-1191 |
| 517112764 | *+ | Radio Shack/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517112762 | *+ | Radio Shack/Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518132107 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517112774 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517112776 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517112781 | *+ | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517216808 | * | U.S. Bank National Association, as Trustee Et.Al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 517333862 | ##+ | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 35 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford B. Frish | on behalf of Debtor William Ong yrodriguez@goldmanlaw.org<br>cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| Clifford B. Frish | on behalf of Joint Debtor Beverly Ong yrodriguez@goldmanlaw.org<br>cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Joint Debtor Beverly Ong yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor William Ong yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 95 |

Kevin Gordon McDonald
    on behalf of Creditor Adjustable Rate Mortgage Trust 2005-11  Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-11, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Joint Debtor Beverly Ong yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman
    on behalf of Debtor William Ong yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Nicholas V. Rogers
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-11, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10